CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
PhylG@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHANG KOOK KANG;<br>MARGARITA LEZAMA PEREZ;<br>ALEJANDRO LEZAMA PEREZ;<br>and Does 1-10,<br><br>　　　　Defendants. | **Case No. 2:16-CV-04498-FMO-AJW**<br><br>**REQUEST FOR ENTRY OF DEFAULT (AS TO CHANG KOOK KANG ONLY)** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff CHRIS LANGER ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter default in this matter against the Defendant CHANG KOOK KANG ("Defendant") on the ground that said Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Complaint on the Defendant on August 18, 2016 evidenced by the proof of service of summons on file with this Court.

\\\\\\\
\\\\\\\\

| | | |
|---|---|---|
| 1 | Dated: September 20, 2016 | CENTER FOR DISABILITY ACCESS |
| 3 | | By: /s/ Phyl Grace |
| 4 | | Phyl Grace |
| | | Attorneys for Plaintiff |