CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer,**<br><br>    Plaintiff,<br><br>v.<br><br>**Chang Kook Kang;**<br>**Margarita Lezama Perez;**<br>**Alejandro Lezama Perez**; and Does 1-10,<br><br>    Defendants. | Case No.: 2:16-cv-04498-FMO-AJW<br><br>**APPLICATION TO CONTINUE SCHEDULING CONFERENCE.**<br><br>Second Amended<br>Complaint Filed:   November 9, 2016<br>Trial Date:         N/A |

On December 8, 2016 this Court ordered that the parties submit a joint report regarding Rule 26 compliance by January 5, 2017 in preparation for the January 19, 2017 Scheduling Conference. Defendants in pro per filed an answer in this matter on December 15, 2016. Counsel for plaintiff requests a continuance of these dates as efforts to conduct the "meet and confer" portion of this order has been difficult as Defendant is not represented by counsel.

The Plaintiff, Chris Langer, through his Attorneys of Record, hereby applies to the Court for an order continuing the Scheduling Conference set for hearing on January 19, 2017 at 10:00 a.m. The grounds for this application is that Plaintiff's counsel has

1  attempted in good faith to conduct the Rule 26 meeting, but is unable to reach the
2  Defendants as they are neither responding to calls nor are represented by a counsel.
3        Therefore, the Scheduling Conference should be continued so that the parties can
4  jointly complete the Rule 26 meeting and submit a Joint Rule 26 Report.

9  Dated: December 28, 2016               CENTER FOR DISABILITY ACCESS

11                                         By:  /s/Dennis Price
12                                              Dennis Price
13                                              Attorneys for Plaintiff